IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 19-CR-00081 |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | Counts 1-2 |
| CARL WILLIAM STUBER, IV, | ) | 18 U.S.C. § 875(c): Transmitting |
| | ) | a Threatening Communication in |
| Defendant. | ) | Interstate Commerce |

The Grand Jury charges:

**Count 1**

**Transmitting a Threatening Communication in Interstate Commerce**

On or about June 6, 2019, in the Northern District of Iowa and elsewhere, defendant CARL WILLIAM STUBER, IV, did knowingly transmit in interstate commerce a communication containing a threat to injure another person, for the purpose of issuing a threat and with knowledge that the communication would be viewed by another person as a threat, in that defendant sent two text messages to C.S. and stated as follows: "When I get out of prison, I'm going to kill you." "Ur dead."

This was in violation of Title 18, United States Code, Section 875(c).

**Count 2**

**Transmitting a Threatening Communication in Interstate Commerce**

On or about June 6, 2019, in the Northern District of Iowa and elsewhere, defendant CARL WILLIAM STUBER, IV, did knowingly transmit in interstate

commerce a communication containing a threat to injure another person, for the purpose of issuing a threat and with knowledge that the communication would be viewed by another person as a threat, in that defendant placed a telephone call to a bank in Cedar Rapids, Iowa, and stated during said call:

> I swear to God I'm a dead man if I don't get my car back because I'm gonna fucking go Columbine. I swear to God. . . . I need my car. Or I'm going to go kill my father. On God—dog, I'm gonna kill that nigga. . . . I'm telling you, if I can't get to court, I'm coming to Iowa. And I ain't coming to the bank, I'm going to my dad's house to fucking get revenge. . . . I'm gonna kill every cop I see! If I don't get my shit. . . . I will fucking kill everyone! I'm not playing. You can press charges. Put a fucking restraining order. I don't fucking care no more. People are gonna fucking die if I don't get my shit.

This was in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/Foreperson 7/24/19
Grand Jury Foreperson Date

PETER E. DEEGAN, JR.
United States Attorney

By: [signature]

KYNDRA LUNDQUIST
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 7/24/2019
ROBERT L. PHELPS, CLERK