**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant. | No. 19-cr-81-CJW<br>**ORDER SCHEDULING INITIAL APPEARANCE AND ARRAIGNMENT** |

The initial appearance and arraignment for the above defendant will take place before the undersigned on **Friday, July 26, 2019, at 3:00 p.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 25th day of July, 2019.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa