UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
AT CEDAR RAPIDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-CR-00081 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARL WILLIAM STUBER, IV, | ) | **APPEARANCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, Andrea D. Mason of Keegan, Tindal, & Mason, and enters her appearance on behalf of Defendant Carl William Stuber, IV.

Respectfully submitted,

*/s/ Andrea D. Mason*

Andrea D. Mason
Keegan, Tindal, and Mason
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on July 25, 2019, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Mason*