UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
AT CEDAR RAPIDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-CR-00081 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARL WILLIAM STUBER, IV, | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Eric D. Tindal of Keegan, Tindal, & Mason, and enters his appearance on behalf of Defendant Carl William Stuber, IV.

Respectfully submitted,

*/s/ Eric D. Tindal*

Eric D. Tindal
Keegan, Tindal, and Mason
103 E. College St. Ste. 312
Iowa City, Iowa 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on July 25, 2019, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Eric D. Tindal*