# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:19-cr-81-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold Contract? --<br>Contact Information: -- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 7/26/2019 | Start: | 3:00 PM | Adjourn: | 3:05 PM | Courtroom: | 4 | |
| Recesses: | -- | | | Time in Chambers: | -- | | Telephonic? | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff(s): | AUSA Kyndra Lundquist | | | | | | |
| | Defendant(s): | Andrea D. Mason and Eric D. Tindal (Defendant appears personally) | | | | | | |
| | U.S. Probation: | Marcus Perez | | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | X |
| Contested? | No | Continued from a previous date? | No | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date of indictment: | 7/24/2019 | | | | | | |
| Was defendant *Mirandized*? | Yes | | | | | | |
| Defendant pleaded | not guilty to counts 1 and 2 of the indictment | | | | | | |
| Counsel: | Retained: | X | or | Appointed: | | Counsel's Name: | Eric D. Tindal and Andrea D. Mason |
| Stipulation to discovery plan? | Yes | Did defendant provide financial affidavit? | -- | | | | |
| Did the government move for detention? | Yes | Was the defendant detained? | Yes | | | | |
| Detention hearing: | -- | | | | | | |
| Trial date: | 9/23/2019 | | | | | | |
| Motions deadline: | 8/23/2019 | | | | | | |
| Plea notice/status report: | 9/2/2019 | | | | | | |
| Government status report: | 9/3/2019 | | | | | | |
| Plea entry deadline: | 9/9/2019 | | | | | | |
| **Witness/Exhibit List is** | N/A | | | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| | |
|---|---|
| **Miscellaneous:** | Defendant waives reading of the indictment.<br><br>Ms. Lundquist states that the defendant had a detention hearing in the District of Colorado and was ordered detained; therefore, is not entitled to another detention hearing. Court is in agreement with Ms. Lundquist. |