UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
AT CEDAR RAPIDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER, IV,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-CR-00081<br><br><br><br>**UNRESISTED MOTION TO CONTINUE TRIAL AND EXTEND DEADLINES** |

COMES NOW Defendant Carl William Stuber, IV, by and through his attorneys Andrea D. Mason and Eric D. Tindal of Keegan, Tindal, & Mason, and for his Unresisted Motion to Continue Trial and Extend Deadlines states as follows:

1. On July 24, 2019, an Indictment was filed alleging two counts of Transmitting a Threatening Communication in Interstate Commerce, in violation of 18 U.S.C. § 875(c). CM/ECF No. 2.

2. On July 26, 2019, Defendant was arraigned. CM/ECF No. 6. Pretrial motions are due August 23, 2019; Defendant's plea notice is due September 2, 2019; Defendant's plea entry deadline is September 9, 2019; and Defendant's jury trial is September 23, 2019. *Id.*

3. Defense counsel and the U.S. Attorney's Office have been in contact concerning production of the Government's discovery. Discovery materials are anticipated to be received in the near future.

4. To provide Defendant additional opportunity to adequately review the discovery and to prepare his defense of this case, including a determination as to the need for filing pretrial motions, Defendant seeks a continuance of the currently scheduled jury trial and related deadlines.

5. Additionally, counsel anticipates traveling out-of-state for a previously scheduled CLE September 18–22, 2019. Also, Counsel is currently scheduled for: an attempted murder trial in Des Moines County, Iowa (*State v. Wilson*, FECR008579) the same week as the instant matter; two possession of a firearm as a felon trials the week following the instant matter (*USA v. Halter*, 3:19-cr-23, and *USA v. Howard*, 3:19-cr-49); a conspiracy to distribute synthetic marijuana trial and a conspiracy to distribute methamphetamine trial two weeks following the instant matter (*USA v. Gomez et. al*, 3:18-cr-81, and *USA v. Miller et. al*, 3:18-cr-92); and a first-degree murder trial in Des Moines County, Iowa (*State v. Spann*, FECR008392) three weeks following the instant matter.

6. In light of the foregoing, Defense Counsel has contacted Assistant United States Attorney Kyndra Lundquist to determine the Government's position regarding the instant request to continue the currently scheduled September 23, 2019 and extend pre-trial deadlines accordingly. The Government does not object to the requested continuance.

7. Neither the Government nor Defendant will be prejudiced in any manner through the requested continuance of the currently scheduled September 23, 2019 and extension of pre-trial deadlines for 60 days or such other later date as the Court deems appropriate.

WHEREFORE Defendant Carl William Stuber, IV respectfully requests his Unresisted Motion to Continue Trial and Extend Deadlines be **GRANTED** and the September 23, 2019 trial be continued 60 days or such other later date as the Court deems appropriate with pre-trial deadlines extended accordingly.

Dated: August 19, 2019

Respectfully submitted,

*/s/ Andrea D. Mason*

Andrea D. Mason
Keegan, Tindal, and Mason
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: andrea@keeganlegal.com

Eric D. Tindal
Keegan, Tindal, and Mason
103 E. College St., Ste 312
Iowa City, Iowa 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on August 19, 2019, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Mason*