IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER, IV,<br><br>Defendant. | No. 19-CR-0081-CJW<br><br>**SUPERSEDING INDICTMENT**<br><br>Count 1<br>18 U.S.C. § 875(d): Transmitting an Extortionate Communication in Interstate Commerce – Threat to Property or Reputation<br><br>Counts 2-4<br>18 U.S.C. § 875(c): Transmitting a Threatening Communication in Interstate Commerce |

The Grand Jury charges:

## Count 1

### Transmitting an Extortionate Communication in Interstate Commerce – Threat to Property or Reputation

On or about January 16, 2019, in the Northern District of Iowa and elsewhere, defendant CARL WILLIAM STUBER, IV, did knowingly and with intent to extort money and other things of value from C.S., transmit in interstate commerce a communication containing a threat to injure the property or reputation of another, in that defendant sent twenty-six text messages and stated within said text messages:

> $106,000 is what I lost that's what you're going to give me today if you never want to hear from me again and you can sit there and not believe my word and say all that b******* that you always say but if

you don't get me that from the bank or out your bank account because y'all m************ just let people walk over and steal from and y'all don't protect f****** money and you don't protect your son you're going to have the biggest most baddest God damn problem you ever fukin had in your f****** life you piece of s*** I swear to God I will haunt you every second every day I will haunt you from a jail cell I will haunt you from a f****** bums house I don't give a fuk where I am but you will be on my mind for the rest of your f****** life and I will never let it go I swear to God so if your f****** money matters more than you're [sic] f****** piece of mind then you go ahead and be a stingy bastard and don't can do [sic] what's right and I will f****** bother you forever every second I'm going to start putting f****** people on your battery topper page on your businesses.

. . . .

U o me nowor els [sic] . . . I swear to God no one's going to want to be around you no one's going to want to buy one battery topper from your ass ever again be cause [sic] I'm going to ruin everything like you did to me.

This was in violation of Title 18, United States Code, Section 875(d).

## Count 2

### Transmitting a Threatening Communication in Interstate Commerce

On or about June 6, 2019, in the Northern District of Iowa and elsewhere, defendant CARL WILLIAM STUBER, IV, did knowingly transmit in interstate commerce a communication containing a threat to injure another person, for the purpose of issuing a threat and with knowledge that the communication would be viewed by another person as a threat, in that defendant sent two text messages to C.S. and stated as follows: "When I get out of prison, I'm going to kill you." "Ur dead."

This was in violation of Title 18, United States Code, Section 875(c).

## Count 3

### Transmitting a Threatening Communication in Interstate Commerce

On or about June 6, 2019, in the Northern District of Iowa and elsewhere, defendant CARL WILLIAM STUBER, IV, did knowingly transmit in interstate commerce a communication containing a threat to injure another person, for the purpose of issuing a threat and with knowledge that the communication would be viewed by another person as a threat, in that defendant placed a telephone call to a bank in Cedar Rapids, Iowa, and stated during said call:

> I swear to God I'm a dead man if I don't get my car back because I'm gonna fucking go Columbine. I swear to God. . . . I need my car. Or I'm going to go kill my father. On God—dog, I'm gonna kill that nigga. . . . I'm telling you, if I can't get to court, I'm coming to Iowa. And I ain't coming to the bank, I'm going to my dad's house to fucking get revenge. . . . I'm gonna kill every cop I see! If I don't get my shit. . . . I will fucking kill everyone! I'm not playing. You can press charges. Put a fucking restraining order. I don't fucking care no more. People are gonna fucking die if I don't get my shit.

This was in violation of Title 18, United States Code, Section 875(c).

## Count 4

### Transmitting a Threatening Communication in Interstate Commerce

On or about June 17, 2019, in the Northern District of Iowa and elsewhere, defendant CARL WILLIAM STUBER, IV, did knowingly transmit in interstate commerce a communication containing a threat to injure another person, for the purpose of issuing a threat and with knowledge that the communication would be viewed by another person as a threat, in that defendant placed a telephone call to a bank in Cedar Rapids, Iowa, and stated during said call:

> I'm about to go to Atlanta and just start stabbing people! Like for real,

like I'm sick of this shit. . . . But if I don't pay this bond, I'm not going to court at 1:30. And I'm going to skip town, and I'm going to fuck shit up . . . . I swear to God. I swear to God, I'm going to go to Georgia, drag Dara by her fucking hair, fuck her up, fuck her family up, fuck my family up, I'm going to flip the fuck out.

. . . .

If my bond is not paid in Adams before then, I ain't going to court. I'm skipping town and I'm gonna, and you should probably be in fucking fear. Not for you but for my father probably. I'll prob—he should be in—I'm gonna flip. On everyone who ever fucking did anything wrong to me.

. . . .

I can't do shit. I'm gonna lose everything going to jail. I can't do that. I can't do that. And if I fucking don't go to court today, I'm flippin'. I'm gonna throw my life away, I'm gonna make sure that the police drop my ass dead. Y'all don't have to take me seriously. I know I'm serious. Like I'm for real. . . . I'm gonna leave, I'm gonna run, but I'm only running to go on a killing spree. I'm gonna go on a killing spree, if I can't get the fucking bond paid. Because everybody let me drown. My dad let me drown. I'm gonna kill that motherfucker! I'm sick of shit!

This was in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/Foreperson 9/25/19

Grand Jury Foreperson Date

PETER E. DEEGAN, JR.
United States Attorney

By: [signature]

KYNDRA LUNDQUIST
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/25/2019
ROBERT L. PHELPS, CLERK