IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 19-CR-0081-CJW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CARL WILLIAM STUBER, IV, | ) | |
| | ) | |
| Defendant. | ) | |

**LOCAL CRIMINAL RULE 7 STATEMENT**

Pursuant to Local Criminal Rule 7, the United States respectfully submits the following brief statement describing the difference between the original Indictment and the Superseding Indictment.

Count 1 of the Superseding Indictment is a new count. Count 2 of the Superseding Indictment is Count 1 from the Indictment. Count 3 of the Superseding Indictment is Count 2 from the Indictment. Count 4 is a new count.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, */s/ Kyndra Lundquist*

KYNDRA LUNDQUIST
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Kyndra.Lundquist@usdoj.gov