**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**Cedar Rapids DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Carl William Stuber IV,

Defendant.

No. 19-CR-81-CJW

**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT**

---

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge(s) currently pending against defendant in this court.

1. The defendant affirms that defendant has received a copy of the (superseding) indictment;

2. The defendant understands that defendant has the right to appear personally before the court for an arraignment on the charge(s), and voluntarily waives that right; and

3. The defendant pleads not guilty to the charge(s) in the indictment.

4. The defendant (stipulates) (~~does not stipulate~~) to entry of the standard discovery order utilized in this district.

[signature] Sept. 30, 2019
Defendant Date

[signature] Sept. 30, 2019
Counsel for Defendant Date
Andrea D. Mason
Eric D. Tindal

**ORDER**

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and defendant's plea(s) of not guilty is/are entered of record with the Clerk of Court. All bond conditions, deadlines, hearing dates, and trial dates previously set in this case remain the same. *See* LCrR. 12(b). The arraignment hearing scheduled for ________________________________ is hereby **cancelled**.

DATED this _______ day of ______________________, ________.

________________________________
United States District/Magistrate Judge
United States District Court
Northern District of Iowa