UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
AT CEDAR RAPIDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER, IV,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-CR-00081<br><br>**NOTICE OF INTENT TO PLEAD GUILTY** |

COMES NOW Defendant Carl William Stuber, IV, by and through his attorneys Andrea D. Mason and Eric D. Tindal of Keegan, Tindal, & Mason, and hereby notifies the Court and the Government of his intent to plead guilty. Mr. Stuber respectfully requests the Court remove his case from the November 25, 2019 trial schedule.

Dated: November 4, 2019

Respectfully submitted,

*<u>/s/ Andrea D. Mason</u>*

Andrea D. Mason
Keegan, Tindal, and Mason
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754
Email: andrea@keeganlegal.com

Eric D. Tindal
Keegan, Tindal, and Mason
103 E. College St., Ste 312
Iowa City, Iowa 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on November 4, 2019, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Mason*