IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:19-cr-81-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold Contract? --<br>Contact Information: -- |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 11/12/2019 | Start: | 3:56 PM | Adjourn: | 4:21 PM | Courtroom: | 4 | | |
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Kyndra Lundquist | | | | | | | |
| | Defendant(s): | Andrea D. Mason (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- | |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No |

| | | |
|---|---|---|
| Defendant pleaded GUILTY to count(s): | 2 and 3 of the superseding indictment | |
| Defendant is X Detained  Released | pending sentencing. | |
| **Witness/Exhibit List is** | Government Exhibit 1 (plea agreement) offered and received | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| **Miscellaneous:** | Court places the defendant under oath.<br><br>Defendant is competent and understands the charges.<br><br>Defendant knows that there is an adequate factual basis, knows the maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.<br><br>Defendant's pleas of guilty are voluntary.<br><br>Court finds that the defendant should be adjudged guilty of counts 2 and 3 of the superseding indictment based upon his pleas of guilty.<br><br>USP to prepare PSIR. | |