UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
AT CEDAR RAPIDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-CR-00081 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARL WILLIAM STUBER, IV, | ) | **UNRESISTED MOTION TO EXTEND** |
| | ) | **DEADLINE FOR OBJECTIONS TO** |
| Defendant. | ) | **PRESENTENCE INVESTIGATION** |
| | ) | **REPORT** |

COMES NOW Defendant Carl William Stuber, IV, by and through his attorneys Andrea D. Mason and Eric D. Tindal of Keegan, Tindal, & Mason, and for his Unresisted Motion to Extend Deadline for Objections to Presentence Investigation Report states as follows:

1. On November 12, 2019, Defendant pleaded guilty to counts two and three of the Superseding Indictment. CM/ECF No. 20.

2. On January 8, 2020, the draft Presentence Investigation Report was filed. CM/ECF No. 25. Objections to the Presentence Investigation Report are due January 22, 2020.

3. Sentencing in this matter has not yet been scheduled.

4. Counsel will be engaged in trial in the matter of *State v. Spann*, FECR008392, currently pending in Burlington, Iowa, relating to charges of murder in the 1st degree and conspiracy to commit forcible felony, to wit: murder, on the dates of January 22–31, 2020 and, because of preparations for trial in FECR008392, have not yet had an opportunity to meet with Defendant to review his draft Presentence Investigation Report as previously anticipated.

5. Based upon the foregoing, Defense Counsel and Assistant United States Attorney Kyndra Lundquist have discussed the need for an extension of the currently scheduled January 22, 2020 objections deadline. The Government does not object.

6. To provide Defendant additional opportunity to adequately review the draft Presentence Investigation Report with Counsel and prepare any objections, Defendant seeks an extension of the currently scheduled January 22, 2020 objections deadline for 14 days.

7. Neither the Government nor Defendant will be prejudiced in any manner through the requested extension of the currently scheduled objections deadline for 14 days or such other later date as the Court deems appropriate.

WHEREFORE Defendant Carl William Stuber, IV respectfully requests his Unresisted Motion to Extend Deadline for Objections to Presentence Investigation Report be **GRANTED** and the January 22, 2020 objections deadline be extended 14 days or such other later date as the Court deems appropriate.

Respectfully submitted,

*/s/ Andrea D. Mason*

Andrea D. Mason
Keegan, Tindal, and Mason
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754
Email: andrea@keeganlegal.com

Eric D. Tindal
Keegan, Tindal, and Mason
103 E. College St., Ste 312
Iowa City, Iowa 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com
**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on January 21, 2020, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Mason*