UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
AT CEDAR RAPIDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER, IV,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-CR-00081<br><br>**UNRESISTED MOTION TO EXTEND DEADLINE FOR OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |

COMES NOW Defendant Carl William Stuber, IV, by and through his attorneys Andrea D. Mason and Eric D. Tindal of Keegan, Tindal, & Mason, and for his Unresisted Motion to Extend Deadline for Objections to Presentence Investigation Report states as follows:

1. On November 12, 2019, Defendant pleaded guilty to counts two and three of the Superseding Indictment. CM/ECF No. 20.

2. On January 8, 2020, the draft Presentence Investigation Report was filed. CM/ECF No. 25.

3. On January 21, 2020, at Defendant's request, objections to the Presentence Investigation Report were extended to February 5, 2020.

4. Sentencing in this matter has not yet been scheduled.

5. Counsel are currently engaged in *State v. Spann*, FECR008392, in Des Moines County, Iowa related to charges of murder in the 1st degree and conspiracy to commit forcible felony, to wit: murder. Trial in *Spann* was previously anticipated to proceed January 22–31, 2020, which would have allowed Counsel sufficient opportunity to consult with Defendant and prepare objections to the Presentence Investigation Report. It is now expected the *Spann* trial could proceed through February 7, 2020. Counsel are also scheduled to be engaged in trial February 18–

21, 2020 relating to charges of sex abuse 2d degree in the matter of *State v. Watson*, FECR119915, and Mr. Tindal is scheduled to be in trial in the Northern District of Iowa at Cedar Rapids in *USA v. Horton*, 1:19-cr-45, February 10–12, 2020, relating to charges of conspiracy to distribute heroin.

6. Based upon the foregoing, Defense Counsel and Assistant United States Attorney Kyndra Lundquist have discussed the need for an extension of the currently scheduled February 5, 2020 objections deadline. The Government does not object.

7. To provide Defendant additional opportunity to adequately review the draft Presentence Investigation Report with Counsel and prepare any objections, Defendant seeks an extension of the currently scheduled February 5, 2020 objections deadline for 10 days.

8. Neither the Government nor Defendant will be prejudiced in any manner through the requested extension of the currently scheduled objections deadline for 10 days or such other later date as the Court deems appropriate.

WHEREFORE Defendant Carl William Stuber, IV respectfully requests his Unresisted Motion to Extend Deadline for Objections to Presentence Investigation Report be **GRANTED** and the February 5, 2020 objections deadline be extended 10 days or such other later date as the Court deems appropriate.

Respectfully submitted,

*/s/ Andrea D. Mason*

Andrea D. Mason
Keegan, Tindal, and Mason
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754
Email: andrea@keeganlegal.com

Eric D. Tindal
Keegan, Tindal, and Mason
103 E. College St., Ste 312
Iowa City, Iowa 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on February 3, 2020, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Mason*