IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL WILLIAM STUBER, IV,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 19-CR-81-CJW |

**MOTION TO SEAL EXHIBITS TO GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America requests that Exhibits 1, 2, 4, 7, 8, 9 and 10 to the Government's sentencing memorandum and/or brief be filed under seal. The exhibits contain victim information, as well as personal identifiers and financial information of the defendant. Pursuant to Local Rule 5(c), the government respectfully requests leave to file Exhibits 1, 2, 4, 7, 8, 9 and 10 under seal, so that the filings are not made available on the public docket.

Respectfully Submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Kyndra Lundquist*

KYNDRA LUNDQUIST
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333 / (319) 363-1990 - Fax
Kyndra.Lundquist@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system. Notification of such filing to the parties or attorneys of record will be via U S Mails.

UNITED STATES ATTORNEY

BY: /s/ HAD