# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
CARL WILLIAM STUBER, IV,
Defendant.

**HEARING MINUTES** Sealed: No

| | |
|---|---|
| Case No.: | 19-CR-81 |
| Presiding Judge: | C.J. Williams |
| Deputy Clerk: | Jackson O'Brien |
| Official Court Record: | Patrice Murray Contract? No |
| Contact Information: | patrice_murray@iand.uscourts.gov |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 5/4/2020 | Start: | 8:32 AM | Adjourn: | 10:07 AM | Courtroom: | 3 | |
| Recesses: | --- | Time in Chambers: | --- | Telephonic? | No | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff: | AUSAs Kyndra Lundquist & Matt Cole | | | | | | |
| | Defendant: | Eric Tindal & Andrea Mason | | | | | | |
| | U.S. Probation: | Nathan VanderMolen (via phone) | | | | | | |
| | Interpreter: | --- | Language: | --- | Certified: | --- | Phone: | --- |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No |

| | | | |
|---|---|---|---|
| Objections to PSIR: | 96 by Defendant | Ruling: | Sustained |
| Motions to vary/depart: | Upward Departure by the Government<br><br>Downward Departure/Variance by Defendant | Ruling: | Granted in part, Denied in part<br><br>Denied |
| Count(s) dismissed: | Count 1 and Count 4 dismissed on the government's motion | | |
| Sentence (See J & C): | 72 months imprisonment (60 months on Count 2 and 12 months on Count 3 to be served consecutively)<br>• To be served consecutively to any terms of imprisonment that may be imposed in (1) DeKalb County, Georgia, Case Nos. 11CR3756 and 13CR2585; (2) Adams County, Colorado, Case No. 2018M1085; (3) Denver County, Colorado, Case Nos. 2018CR7237 and 18GS011728; and (4) Forsyth County, Georgia | | |
| Fine: | $7,500 (interest not waived) | Special assessment: | $200 |
| Supervised Release: | 3 years on both counts to be served concurrently | | |
| Court's recommendations (if any): | It is recommended you (1) be designated to a BOP facility in close proximity to your family consistent with your security and custody classification needs and (2) participate in the BOP's 500-Hour Comprehensive RDAT Program or an alternate substance abuse treatment program. | | |

| | | | | | |
|---|---|---|---|---|---|
| Defendant is | X | Detained | | Released | and shall report |

| | |
|---|---|
| **Witness/Exhibit List is** | The government called Officer John Matias, who was subject to cross-examination. (8:40 AM – 9:08 AM). Government Exhibits 1–10 admitted without objection. (Docs. 36 & 41). Exhibit 4 is a recording and Exhibit 6 is a video. Defense Exhibit A admitted under seal without objection. (Doc. 37). |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7.

**Miscellaneous:**

The parties reached an agreement on the sentencing guidelines which resolved all their objections to the PSR aside from defendant's objection at PSR Paragraph 96.

The Court will modify PSR Paragraph 96 to allow defendant to contact the trustee bank only through the U.S. mail and only as to matters pertaining to the trust. The Court overruled defendant's objection to the extent it related to DG and AV.

The Court granted the government's motion to reduce defendant's offense level due to timely acceptance of responsibility. The advisory guideline range for sentencing is 37 to 46 months.

| | | |
|---|---|---|
| | | Defendant offered a statement during allocution.<br><br>The Court granted the government's motion for an upward departure based on Application Note 4, 2A6.1 but declined to depart based on understatement of criminal history. The Court found it would vary upward even if it incorrectly departed.<br><br>Defendant requested placement in Englewood, Colorado. The Court denied defendant's specific request but noted he would be placed near family.<br><br>Defendant was ordered to pay the costs of prosecution, totaling $4,985.50.<br><br>Defendant was advised of his limited rights to appeal. |