IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR 19-0081 CJW |
| Plaintiff, | ) | |
| | ) | APPEARANCE OF ATTORNEY |
| vs. | ) | |
| | ) | |
| CARL WILLIAM STUBER, IV, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Raphael M. Scheetz, attorney at law, and hereby enters this Appearance on behalf of the above defendant.

/s/ Raphael M. Scheetz

Raphael M. Scheetz
425 2nd Street S.E.
Suite 1010
Cedar Rapids, Iowa 52401
319-378-7416
scheetzlaw@aol.com
ATTORNEY FOR DEFENDANT