IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR 19-0081 CJW |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL |
| vs. | ) | |
| | ) | |
| CARL WILLIAM STUBER, IV, | ) | |
| | ) | |
| Defendant. | ) | |

To: The Clerk of the Federal District Court for the Northern District of Iowa, 111 7th Avenue S.E., Box 12, Cedar Rapids, Iowa 52401; and, the United States of America, through the United States Attorney's Office, 111 7th Avenue S.E., Cedar Rapids, Iowa 52401.

You are hereby notified that the above named defendant appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment and sentence rendered in the above entitled case, filed on or about May 6, 2020.

The above named defendant also appeals from each and every adverse order, decision, and ruling of the District Court made during the pendency of the above case, and requests that this appeal will be considered by the Eighth Circuit Court of Appeals in accordance with the rules of said Court.

Dated and filed this 11th day of May, 2020.

/s/ Raphael M. Scheetz
Raphael M. Scheetz
425 2nd Street S.E.
Suite 1010
Cedar Rapids, Iowa 52401
319-378-7416
scheetzlaw@aol.com
ATTORNEY FOR DEFENDANT