# U.S. DISTRICT COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT
# NORTHERN DISTRICT OF IOWA - CEDAR RAPIDS IA

**CAPTION:**
USA v. CARL WILLIAM STUBER IV

**CASE NUMBER:**
19-CR-81-CJW-MAR

**APPELLANT:**
CARL WILLIAM STUBER IV

**APPELLANT OR ATTORNEY ADDRESS:**
Raphael M Scheetz
Scheetz Law Office
425 2nd Street SE
Suite 1010
Cedar Rapids, IA 52401

**APPELLEE:**
UNITED STATES OF AMERICA

**APPELLEE ATTORNEY ADDRESS:**
Kyndra Lundquist
US Attorney's Office
111 7th Avenue SE
Box 1
Cedar Rapids, IA 52401
319 363 6333

**COURT REPORTERS:**
Patrice Murray 319 286 2338

**PROCEEDINGS:**
Sentencing

**LENGTH OF TRIAL:** 0 **FEE PAID?** Y **IFP: FILED** **PENDING**

**CRIMINAL ATTORNEY:** Andrea Mason and Eric Tindal **PENDING MOTIONS:** N

**LOCAL INTEREST?:** N **SIMULTANEOUS RELEASE?:** N

**DEFENDANT'S LOCATION:**
in transit

**OTHER DEFENDANTS IN CASE, IF MULTIPLE DEFENDANTS:**

**Please return files and documents to:**
111 7th Avenue SE, Cedar Rapids, IA 52401

**Contact Person/Phone Number:**
KAREN S YORGENSEN
319 286 2319