UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
AT CEDAR RAPIDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER, IV,<br><br>Defendant. | ) | Case No. 19-CR-00081<br><br>**APPEARANCE** |

COMES NOW, Andrea D. Mason and Eric D. Tindal of Keegan, Tindal, & Mason, and hereby move to withdraw from Defendant's representation, and in support state as follows:

1. On May 4, 2020, Defendant was sentenced to 72 months imprisonment which consists of a 60-month term imposed for Transmitting a Threatening Communication in Interstate commerce under 18 U.S.C. §875(c) and 12-month term imposed for Transmitting a Threatening Communication in Interstate Commerce under 18 U.S.C. §875(c) to be served consecutively.

2. Defendant wishes to appeal the sentence imposed on May 4, 2020.

3. On May 11, 2020, Raphael M. Scheetz entered his appearance on behalf of Defendant and filed a Notice of Appeal appealing said sentence.

WHEREFORE, Andrea D. Mason and Eric D. Tindal respectfully request to withdraw as counsel for Defendant.

Respectfully submitted,

*/s/ Andrea D. Mason*

Andrea D. Mason
Keegan, Tindal, and Mason
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754
Email: andrea@keeganlegal.com

*/s/ Eric D. Tindal*
Eric D. Tindal
Keegan, Tindal, and Mason
103 East College St., Ste. 312
Iowa City, Iowa 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

**Certificate of Service**

The undersigned certifies that the foregoing instrument was electronically filed on May 12, 2020, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Mason*