**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant. | No. 19-cr-81-CJW<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

---

The matter before the Court is Andrea D. Mason and Eric D. Tindal's motion to withdraw as counsel, filed on May 12, 2020. (Doc. 50.)

For the reasons stated in the motion, the motion is **granted**. Attorneys Andrea D. Mason and Eric D. Tindal are withdrawn from this case.

**IT IS SO ORDERED** this 13th day of May, 2020.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa