TO: CLERK, USCA DATE: 6/9/2020

FROM: U.S.D.C. FOR THE NORTHERN DISTRICT OF IOWA

Jill Hawkins

APPEAL NO: 20-1982

DISTRICT COURT NO: 19-CR-81-CJW

CASE NAME: USA v. Carl William Stuber IV

TRANSMITTED HEREWITH:

✓ TRANSCRIPTS:

Plea 11/12/2019
Sentencing 5/4/2020

✓ DRAFT PSIR – 3 COPIES

✓ FINAL PSIR – 3 COPIES

✓ SEALED DOCUMENTS:

1, 11, 24, 28, 31, 37, 41, 46

OTHER:

COMMENTS:

This file has been reprinted for appeal purposes only. Please do not return to the District Court upon completion.