## UNITED STATES COURT OF APPEALS
### FOR THE EIGHTH CIRCUIT

**Revised**
**APPEAL BRIEFING SCHEDULE**

Appeal No. 20-1982 United States v. Carl Stuber

Date: July 06, 2020

This is to advise that the following **Revised Criminal Briefing Schedule** has been established in the above case. Court personnel and counsel are expected to comply with all court rules and this schedule.

**NOTE:** These dates may be advanced or extended by court order or a party's early or late filing of a brief. Please refer to FRAP 31(a).

**FILING DATES:**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **07/20/2020**
**( Carl Stuber )**

Appellee's Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . **21 days from the date the court issues the Notice of Docket Activity filing the brief.**

Appellant's Reply Brief . . . . . . . . . . . . . . . . . . . . . . .**7 days from the date the court issues the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE FILED WITH THE ST. LOUIS OFFICE**