**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 20-1982

United States of America

Appellee

v.

Carl Stuber

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:19-cr-00081-CJW-1)

---

**ORDER**

The motion to withdraw as retained counsel filed by Mr. Eric D. Tindal and Ms. Andrea D. Jaeger is granted. Ms. Andrea D. Jaeger and Mr. Eric D. Tindal for Mr. Carl Stuber have been granted leave to withdraw from this case.

July 08, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans