**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 20-1982

United States of America

Appellee

v.

Carl Stuber

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:19-cr-00081-CJW-1)

---

**MANDATE**

In accordance with the opinion and judgment of 06/11/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 02, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit