**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER, IV,<br>Defendant. | No. 19-cr-81-CJW<br><br>**ORDER SCHEDULING INITIAL APPEARANCE ON REVOCATION OF SUPERVISED RELEASE** |

---

The initial appearance on the petition for revocation of supervised release of the above-named defendant will take place before the undersigned on **Monday, August 4, 2025 at 11:00 a.m.**, United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 1st day of August, 2025.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa