# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

**RECEIVED**
**By USMS N/IA at 2:29 pm, Jul 14, 2025**

United States of America
v.
Carl William Stuber, IV

*Defendant*

Case No. 1:19-CR-81- CJW-MAR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Carl William Stuber, IV ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ❐ Complaint
❐ Probation Violation Petition ☑ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of release.

Date: 07/14/2025

/s/ klh ,Deputy Clerk
*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Paul De Young, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 07/14/2025 , and the person was arrested on *(date)* 07/31/2025
at *(city and state)* Cedar Falls, IA. .

Date: 08/01/2025

Matthew Slane
*Arresting officer's signature*

DUSM Matthew Slane
*Printed name and title*