# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
CARL WILLIAM STUBER, IV,
Defendant.

**HEARING MINUTES** Sealed: No

| | |
|---|---|
| Case No.: | 1:19-cr-81-CJW-MAR |
| Presiding Judge: | Mark A. Roberts, Magistrate |
| Deputy Clerk: | Paul Coberly |
| Official Court Record: | FTR Gold — Contract? -- |
| Contact Information: | -- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 8/4/2025 | Start: | 11:06 AM | Adjourn: | 11:09 AM | Courtroom: | 3 |
| Recesses: | -- | Time in Chambers: | -- | Telephonic? | No | | |

| | | |
|---|---|---|
| Appearances: | Plaintiff(s): | AUSA Adam J. Vander Stoep |
| | Defendant(s): | Christopher A. Clausen (Defendant appears personally) |
| | U.S. Probation: | -- |
| | Interpreter: | -- ; Language: -- ; Certified: -- ; Phone: -- |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | |

| | |
|---|---|
| Contested? | No |
| Continued from a previous date? | No |
| Date of indictment: | -- |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | -- |
| Counel: Retained | |
| Appointed (FPD or CJA Panel): X | CJA Panel: Christopher A. Clausen |
| Stipulation to discovery plan? | -- |
| Did the government move for detention? | Yes |
| Was the defendant detained? | Yes |
| Revocation hearing: | CJW 8/15/2025 at 11:30 AM |
| Preliminary hearing: | -- |
| Detention hearing: | MAR 8/7/2025 at 1:30 PM |
| **Witness/Exhibit List is** | -- |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| | |
|---|---|
| **Miscellaneous:** | Petition to revoke supervision filed on 7/14/2025 (doc. 65). |