# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>Carl William Stuber, IV<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 19-cr-81-CJW |

**ORDER OF TEMPORARY DETENTION PENDING REVOCATION OF SUPERVISED RELEASE HEARING**

A revocation of supervised release hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: United States District Courthouse<br>111 7th Avenue SE<br>Courtroom 1, 2nd Floor<br>Cedar Rapids, Iowa 52401 | Before Judge: C.J. Williams |
| | Date and Time: August 15, 2025 at 11:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

**IT IS FURTHER ORDERED: Counsel for Defendant is reminded to file a notice with the court stating whether the allegations in the Petition to Revoke Supervision will be contested pursuant to Public Administrative Order No. 22-AO-0003-P for the Northern District of Iowa.**

Date: August 4, 2025

*Judge's signature*

Mark A. Roberts
United States Magistrate Judge
*Printed name and title*