IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 1:19-cr-81-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold Contract? --<br>Contact Information: -- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 8/7/2025 | Start: | 1:29 PM | Adjourn: | 1:39 PM | Courtroom: | 3 | |
| Recesses: | -- | | Time in Chambers: | -- | | Telephonic? | No | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff(s): | AUSA Adam J. Vander Stoep | | | | | | |
| | Defendant(s): | Christopher A. Clausen (Defendant appears personally) | | | | | | |
| | U.S. Probation: | Tanner Gerst | | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **PRELIMINARY EXAMINATION** | | **DETENTION** | X | **REVOCATION** | |
| | Contested? | Yes | Continued from a previous date? | No | | |

| | | | |
|---|---|---|---|
| Moving party: | Plaintiff | | |
| Nature of proceedings: | | Ruling: | |
| Preliminary examination | | | |
| Review of detention or conditions | X | Court finds that the Defendant poses a risk of non-appearance and a danger to the community. Defendant remains detained. | |
| Review of pre-trial release | | | |
| Review of supervised release | | | |
| **Witness/Exhibit List is** | -- | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | |
| **Miscellaneous:** | Proffer by Mr. Clausen. No objection from Mr. Vander Stoep. Court will consider the proffer.<br><br>Court hears argument. | | |