**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant. | No. 19-cr-81-CJW<br>**ORDER** |

---

On August 7, 2025, this matter came on for a detention hearing on the Petition to Revoke Supervision ("the Petition") (Doc. 65), and a hearing on the Government's request to have Defendant detained pending a revocation hearing before Chief Judge C.J. Williams on August 15, 2025. The Government was represented by Assistant United States Attorney Adam J. Vander Stoep. Defendant appeared personally and was represented by his attorney Christopher A. Clausen.

For the reasons stated by the Court on the record at the time of hearing, the Court **grants** the Government's request for detention, finding Defendant failed to carry his burden of proving by clear and convincing evidence that he does not pose a risk of flight and does not pose a danger to the community.

Defendant shall be detained and remain in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for August 15, 2025, before Chief Judge C.J. Williams.

**IT IS SO ORDERED** this 11th day of August, 2025.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa