IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER IV<br>Defendant. | CASE NO. 19-CR-00081-CJW-MAR |

**NOTICE REGARDING VIOLATIONS**

Comes now the Defendant, by counsel, and hereby notifies the Court and the parties of his position regarding the alleged violations, which he will admit at the time of hearing, and states more specifically as follows:

1. Violation 1, Failure to Participate in Substance Abuse Testing
    a. November 24, 2024
        i. Admitted, but provided a sample, the next day, which ultimately tested free of metabolites for illegal controlled substances in spite of an initial screening test result of being positive for the presence of marijuana metabolites.
2. Violation 2, Failure to Participate in Substance Abuse Testing
    a. February 20, 2025
        i. Admitted (The Defendant claimed that he was listening for the wrong number. The Probation Officer assisted in correcting the misunderstanding.
    b. February 21, 2025
        i. Admitted (The Defendant claimed that he was listening for the wrong number. The Probation Officer assisted in correcting the misunderstanding.
    c. June 22, 2025

        i. Admitted: The Defendant had an updated phone number which his Probation Officer did not have.

   d. June 23, 2025

        i. Admitted: The Defendant had an updated phone number which his Probation Officer did not have.

   e. July 9, 2025:

        i. Admitted, Defendant was in Cedar Falls and did not have the ability to get to Cedar Rapids. During this time period he volunteered to meet the Probation Officer at any location near Cedar Falls.

   f. July 10, 2025:

        i. Admitted, Defendant was in Cedar Falls and did not have the ability to get to Cedar Rapids. During this time period he volunteered to meet the Probation Officer at any location near Cedar Falls.

   g. July 11, 2025:

        i. Admitted, Defendant was in Cedar Falls and did not have the ability to get to Cedar Rapids. During this time period he volunteered to meet the Probation Officer at any location near Cedar Falls.

3. Violation 3, Failure to Comply with Anger Management Treatment.

   a. May 12, 2025 and June 11, 2025,

        i. Admitted

4. Violation 4, Failure to Maintain Employment / Failure to Notify Change in Employment.

   a. June 30, 2025 and August 7, 2025.

        i. Admitted (The Defendant maintains that he accurately relayed the information to the Probation officer but may have been late in doing so.

5. Violation 5, Failure to Comply with Mental Health Treatment,

   a. July 3, 2025

        i. Admitted

6. Failure to Report as Instructed:

   a. July 7, 2025

        i. Admitted, the Defendant contends that he had offered to meet anywhere in the Waterloo, Cedar Falls area where he would have had adequate resources, immediately available to get there.

b. July 14, 2025

   i. Admitted

7. Failure to follow USPO Instructions

   a. July 9, 2025

      i. Admitted, the Defendant contends that he had offered to meet anywhere in the Waterloo, Cedar Falls area where he would have had adequate resources, immediately available to get there.

   b. July 11, 2025

      i. Admitted, The Defendant acknowledged that he had relapse and would have provided a sample testing positive for the presence of an illegal controlled substance or the metabolites of such a substance.

8. Use of a controlled substance.

   a. July 8, 2025

      i. Admitted

WITNESSES

The Defendant does not intend to call any witnesses in his defense. The Defendant may choose to exercise his right of allocution in writing or verbally.

EXHIBITS

The Defendant does not intend to introduce any exhibits.

The undersigned does not believe this hearing will take longer than the amount of time which is currently allotted for it.

RECOMMENDATION OF UNITED STATES PROBATION OFFICE

The Defendant does not join in the Recommendation of the United States Probation Office and will be requesting a punishment which is less than the 7-month sentencing recommendation which is found in the violation worksheet found at Doc 77 page 4. The Defendant will request that his supervised release not be revoked, and the Court consider modifications to address the substance abuse issues including the possibility of a residential

facility placement or residential substance abuse treatment. The Defendant is grateful for a recommendation at the bottom of the guideline range.

Respectfully submitted,

By: */s/ Christopher A. Clausen*

Christopher A. Clausen
AT0001553
Clausen Law Office
315 – 6th Street, Suite 201
Ames, Iowa 50010
Electronic Mail: chris@cacloia.com
Telephone: 515-663-9515
Cell phone 515-422-6364
Facsimile: 515-663-9517

Attorney for Defendant

Original

Electronically filed

Hard copies to:

CWS
CLO file

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of this document upon the Government through electronic filing and by emailing a copy of the same to counsel of record at the time of filing.

*/s/ Christopher A. Clausen*
Christopher A. Clausen