# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 19-CR-81-CJW-MAR<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Daniel Moeller<br>Official Court Record: Tricia Bernstein Contract? No<br>Contact Information: Tricia_Bernstein@sdd.uscourts.gov |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 8/15/2025 | Start: | 11:29 AM | Adjourn: | 12:34 PM | Courtroom: | 1 | | |
| Recesses: | --- | | | Time in Chambers: | --- | | | Telephonic? | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff: | AUSA Kyndra Lundquist | | | | | | |
| | Defendant: | Christopher Clausen (defendant appears personally) | | | | | | |
| | U.S. Probation: | Tanner Gerst | | | | | | |
| | Interpreter: | --- | Language: | --- | Certified: | --- | Phone: | -- |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **DETENTION** | | **REVOCATION** | X | **PRELIMINARY EXAMINATION** | |
| | | Contested? | Yes | Continued from a previous date? | No | |

| | | |
|---|---|---|
| Moving party: | Plaintiff | |
| Nature of proceedings: | | Ruling: |
| Review of detention or conditions | | --- |
| Review of pre-trial release | | --- |
| Review of supervised release | X | Supervised release is revoked. Defendant is sentenced to 7 months imprisonment with 2 years of supervised release to follow.<br><br>It is recommended that defendant be designated to FCI Gilmer. If FCI Gilmer is not an option, it is recommended that defendant be designated to a Bureau of Prisons facility in close proximity to defendant's family which is commensurate with defendant's security and custody classification needs. |
| Preliminary examination | | --- |
| **Witness/Exhibit List is** | --- | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Defendant admits all violations except violations 5, 6(a), 6(b), 7(b).

Government calls US Probation Officer Tanner Gerst. (Direct 11:43 AM - 11:51 AM). Cross examination (11:51 AM – 12:01 PM).

The Court finds defendant committed all violations. Guidelines recommend 7-13 months imprisonment.

Parties make argument as to disposition.

Defendant exercises his right to allocution.

The Court imposes sentence.

Defendant is advised of his right to appeal.

| | | |
|---|---|---|
| | | Defendant detained. |