**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CARL WILLIAM STUBER, IV,

Defendant.

No. 19-cr-81-CJW

**ORDER SCHEDULING INITIAL APPEARANCE ON REVOCATION OF SUPERVISED RELEASE**

---

The initial appearance on the petition for revocation of supervised release of the above-named defendant will take place before the undersigned on **Tuesday, August 4, 2026 at 11:00 a.m.**, United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 3rd day of August, 2026.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa