IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CARL WILLIAM STUBER IV<br>Defendant. | CASE NO. 19-CR-00081-CJW-MAR |

**APPEARANCE**

Comes Now the undersigned attorney and respectfully enters his appearance on behalf of the Defendant.

Respectfully submitted,

By: */s/ Christopher A. Clausen*

Christopher A. Clausen
AT0001553
Clausen Law Office
315 – 6th Street, Suite 201
Ames, Iowa 50010
Electronic Mail: chris@cacloia.com
Telephone: 515-663-9515
Cell phone 515-422-6364
Facsimile: 515-663-9517

Attorney for Defendant

Original

Electronically filed

Hard copies to:

CWS

CLO file