# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARL WILLIAM STUBER, IV,<br>Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 1:19-cr-81-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold Contract? --<br>Contact Information: -- |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 8/4/2026 | Start: | 11:02 AM | Adjourn: | 11:08 AM | Courtroom: | 3 | | |
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Kyndra Lundquist | | | | | | | |
| | Defendant(s): | Christopher A. Clausen (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | |

| | | | |
|---|---|---|---|
| Contested? | No | Continued from a previous date? | No |

| | | | | | |
|---|---|---|---|---|---|
| Date of indictment: | -- | | | | |
| Was defendant *Mirandized*? | Yes | | | | |
| Defendant pleaded | -- | | | | |
| Counsel: | | Retained | X | Appointed (FPD or CJA Panel): | CJA Panel: Christopher A. Clausen |
| Stipulation to discovery plan? | -- | | | | |
| Did the government move for detention? | Yes | Was the defendant detained? | Yes | | |
| Revocation hearing: | CJW 9/21/2026 at 3:30 PM | | | | |
| Preliminary hearing: | Waived | | | | |
| Detention hearing: | MAR 8/7/2026 at 9:00 AM | | | | |
| **Witness/Exhibit List is** | -- | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | |
| **Miscellaneous:** | Petition to revoke supervision filed on 7/20/2026 (doc. 83). | | | | |