# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>vs.<br>CARL WILLIAM STUBER, IV.,<br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:19-cr-00081-CJW-MAR<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: Rachel J. Scott<br>Official Court Record: FTR Gold<br>Contact Information: -- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 08/07/2026 | Start: | 9:02 AM | Adjourn: | 9:39 AM | Courtroom: | 3, 4th Floor |
| Recesses: | -- | Time in Chambers: | -- | Telephonic? | -- | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff(s): | AUSA Adam Vander Stoep | | | | | | |
| | Defendant(s): | Christopher A. Clausen (Defendant appears personally) | | | | | | |
| | U.S. Probation: | Hailey Hatrick | | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **PRELIMINARY EXAMINATION** | | **DETENTION** | X | **REVOCATION** |
| | | Contested? | Yes | Continued from a previous date? | No |

| | | |
|---|---|---|
| Moving party: | Government's Oral Motion for Detention (doc. 90) | |
| Nature of proceedings: | | Ruling: |
| Preliminary examination | | |
| Review of detention or conditions | X | Court finds the Defendant has not carried its burden by clear and convincing evidence that he is not at risk of non-appearanceand not a danger to the community. Defendant detained. |
| Review of pre-trial release | | |
| Review of supervised release | | |
| **Witness/Exhibit List is** | Defense Witness<br>1. Carl William Stuber, IV. (9:03 AM – 9:30 AM) | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Mr. Clausen calls Defendant to testify.

Court places Defendant under oath, direct (9:03 AM – 9:11 AM). Cross (9:11 AM - 9:28 AM). Redirect (9:28 AM – 9:30 AM).

Mr. Vander Stoep requests the court take formal notice of the Petition to Revoke Supervision. No objection from Mr. Clausen. Court will take formal notice of the Petition to Revoke Supervision filed at doc. 83.

Court hears arguments from Mr. Clausen and Mr. Vanderstoep.