# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

United States of America
v.
Carl William Stuber, IV

*Defendant*

Case No. 1:19-cv-00081-CJW-MAR

**RECEIVED**
**By U.S. Marshals at 10:41 am, Jul 20, 2026**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Carl William Stuber, IV ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of release.

Date: 07/20/2026

/s/ jag, Deputy Clerk
*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Paul De Young, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 07/20/2026 , and the person was arrested on *(date)* 08/04/2026
at *(city and state)* Waterloo, Iowa .

Date: 08/10/2026

Cole Cherry
*Arresting officer's signature*

Cole Cherry Deputy US Marshal
*Printed name and title*